IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GLEN F. TAYLOR, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv543-MHT |
| | ) | (WO) |
| KARLA JONES, Warden, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this action asserting a claim for denial of access to courts. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed due to plaintiff's failure to pay the initial partial filing fee required under 28 U.S.C. § 1915(b)(1)(A). There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of October, 2017.

                                     /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**