IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GLEN F. TAYLOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARLA JONES, Warden, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:17cv543-MHT <br> (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of October, 2017.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE